**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMES PLISKA : No. 111 MM 2020
:
:
:
v. :
:
:
DIOCESE OF SCRANTON, BISHOP :
JAMES TIMLIN, AND BISHOP JOSEPH :
BAMBERA :
:
:
PETITION OF: DIOCESE OF SCRANTON :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2020, the Application for Leave to Supplement is GRANTED, and the Application for Extraordinary Relief and Stay and the Application for Oral Argument are DENIED.